# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CRIMINAL APPEAL INFORMATION STATEMENT

**PART I -** Please type. Attach additional pages if necessary.

SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT

U.S.C.A. Caption: USA v. Gillard

U.S.C.A. No.: 26-1478

District: Eastern / Pennsylvania

D.C. Docket No.: 2:23-CR-00026

Date Judgment: 2/24/2026

Filed Date in D.C.: 2/25/2026

Date NOA filed: 2/26/2026

Is this a Cross-Appeal? Yes ☐ No ☑

Was there a previous appeal in case? Yes ☐ No ☑

If yes, Short Title: ____________________

Appeal Docket No.: ____________________

Citation, if reported: ____________________

State any other related proceedings in this Court or District Court.

**PART II**

Please indicate basis of appeal:

**NOTE:** This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

☐ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

☑ Judgment of Conviction/Commitment.

☐(A) Sentence ☐(B) Conviction ☑(C ) Both

☐ Appeal will challenge only the merits of the underlying conviction.

☐ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed.

☐ Appeal will challenge only the validity of the sentence imposed.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this 17th day of August, 20 26.

/s/ Jason F. Ullman

Signature of Counsel for Appellant

Jason F. Ullman

Name

Federal Public Defender's Office, 100 Chestnut Street, Third Floor, Harrisburg, PA 17101

Address, City, State & Zip Code

(717) 782-2237

Area Code & Telephone No.